Wise David ALLEN, Plaintiff— Appellant,

v.

BURCH & BURCH–RATES, LLC; Jonathan Melnick; Sherriff Ramsey, LLC; Monique Allen; Larry N. Burch; Tobi Burch–Rates; Nicholas Phucas; Amir Ibrahim; Dwain Alexander, II, Defendants—Appellees.

No. 08–1147.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2008.

Decided: Sept. 25, 2008.

Wise David Allen, Appellant Pro Se.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wise David Allen seeks to appeal the district court order dismissing his complaint without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Allen seeks to appeal is neither

a final order nor an appealable interlocutory or collateral order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1067 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*